**Order entered January 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00415-CR

**CHRISTIAN PRICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-76441-K**

## ORDER

Before the Court is the State's January 15, 2021 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE